1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

LEE EDWARD HARRIS,

11

       Plaintiff,                   No. CIV S-10-1177 FCD EFB P

12

   vs.

13

HIGH DESERT STATE PRISON, et al.,

14

       Defendants.          <u>ORDER</u>

15

_____/

16       Plaintiff is a state prisoner proceeding without counsel and in forma pauperis in an action

17  brought under 42 U.S.C. § 1983.  This proceeding was referred to the undersigned by Local Rule

18  302 pursuant to 28 U.S.C. § 636(b)(1).

19       Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff must pay the $350 filing fee required by 28

20  U.S.C. § 1914(a).  Plaintiff is assessed an initial partial filing fee of 20 percent of the greater of

21  (a) the average monthly deposits to plaintiff's trust account; or (b) the average monthly balance

22  in plaintiff's account for the six-month period immediately preceding the filing of the complaint.

23  28 U.S.C. § 1915(b)(1).  Thereafter, plaintiff must make monthly payments of 20 percent of the

24  preceding month's income credited to his trust account.  28 U.S.C. § 1915(b)(2).

25  ////

26  ////

1    The agency having custody of plaintiff is required to forward to the Clerk of the Court

2  the initial partial filing fee, if funds exist, as well as payments from plaintiff's account each time

3  the amount in the account exceeds $10, until the filing fee is paid.  *Id.*

4    The Clerk of the Court shall serve a copy of this order and a copy of plaintiff's in forma

5  pauperis application upon the Director of the California Department of Corrections and

6  Rehabilitation and deliver a copy of this order to the Clerk's financial division.

7    So ordered.

8  Dated:  March 22, 2011.

9  EDMUND F. BRENNAN
   UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26